FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT -9  P 3:01

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EARLE E. AUSHERMAN, et al.,  *

        Plaintiffs,  *

v.  *  Civil Action No. MJG-01-CV-438

BANK OF AMERICA CORPORATION, et al.,  *

        *

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Request for Leave to Withdraw Appearance filed by Dennis P. McGlone, Brian L. Moffet and Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, it is hereby this 5th day of October, 2001,

ORDERED, that Leave to Withdraw Appearance is hereby GRANTED and that the Clerk shall note that the withdrawal of the appearance of said attorneys on behalf of Bank of America Corporation and its related entities is hereby APPROVED.

                                                                           _____
                                                                           The Honorable Marvin J. Garbis
                                                                             Judge, United Stated District Court
                                                                             for the District of Maryland

cc:      Counsel of Record

PLD1471-L645-01.doc