```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MARYLAND
```

EARLE E. AUSHERMAN, et al.      *

          Plaintiffs      *

          vs.             *   CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,    *
et al.
          Defendants      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER DENYING MOTION AS MOOT

It appearing that the matter is moot, Plaintiffs Motion Requesting Court to Issue Scheduling Order [Paper 15-1] is DENIED AS MOOT.

SO ORDERED THIS 29th DAY OF January, 2002

                                        Marvin J. Garbis
                                    United States District Judge