IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, ET AL. :

                                      CIVIL ACTION NO. MJG-01-CV-438
v.                            : (Magistrate Judge Paul W. Grimm)

BANK OF AMERICA :
CORPORATION, ET AL.

### ORDER

Having held today a telephone conference with counsel regarding outstanding discovery matters, it is this ___ day of February 2002

**ORDERED**

1. That plaintiffs' motion for Fed. R. Civ. P. 26(c) protective order is **DENIED**;

2. That defendants' motion to shorten time (Paper No. 42) is **DENIED**, as it is moot;

3. That defendants' emergency motion for leave of court to depose all twenty-five plaintiffs in the district of Maryland (Paper No. 41) is **GRANTED**, under the terms set forth during the telephone conference, which was stenographically transcribed.

4. That the Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 2/4/02

_____
Paul W. Grimm
United States Magistrate Judge