IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO PRODUCE CREDIT REPORTS
## AND RELATED INFORMATION

Upon consideration of the Amended Consent Motion for Order Directed to Credit Reporting Agencies to Produce Credit Reports and for Leave to Serve Third Party Subpoenas *Duces Tecum* by Bank of America Corporation and Banc of America Auto Finance Corp., to allow production pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(1), of certain credit reports and information related to the credit reports of Plaintiff Freda Hogue identified in the Amended Complaint, IT IS HEREBY this 20th day of February, 2002, **ORDERED**

1. That this Order is directed to the Custodian of Records of Trans Union, LLC ("Trans Union"), Experian Information Solutions, Inc. ("Experian"), and Equifax Credit Information Services, Inc. ("Equifax"); and

2. That Trans Union, Experian, and Equifax shall produce simultaneously to Bank of America Corporation and Banc of America Auto Finance Corp., c/o Ava E. Lias-Booker, Esquire and David E. Ralph, Esquire, Saul Ewing LLP, 100 South Charles Street, Baltimore, Maryland 21201 and to Plaintiffs c/o Rodney R. Sweetland, III, Esquire, 1655 North

-2-

Ft. Myer Drive, Suite 700, Arlington, Virginia 22209, the credit reports for the individual listed on subpoenas attached hereto; and

3.    That Bank of America Corporation and Banc of America Auto Finance Corp. is hereby granted leave of court to serve third party subpoenas *duces tecum* on the Custodian of Records of Trans Union, Experian, and Equifax.

4.    That a copy of this Order shall accompany each subpoena *duces tecum*.

**SO ORDERED.**

_2/20/02_
Date

_/s/_
~~The Honorable Marvin J. Garbis~~
~~United States District~~ Court Judge

**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE JUDGE**

cc:    Rodney R. Sweetland, III, Esquire
1655 North Ft. Myer Drive
Suite 700
Arlington, Virginia 22209

Ava E. Lias-Booker, Esquire
David E. Ralph, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201