UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. MJG-01-CV-438 |
| ) | |
| BANK OF AMERICA CORPORATION, ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiffs' Motion for Enlargement of Time, defendants' opposition, and the entire record herein it is this 29th day of March, 2002 hereby

ORDERED that plaintiffs' Motion is GRANTED; and it is further

ORDERED that the discovery period in this case is enlarged up to and including May 8, 2002 for the purpose of defendants taking the depositions of plaintiffs in accordance with the February 4, 2002 Order of Magistrate Judge Jones.

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE