UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

FILED
DISTRICT OF MARYLAND
2002 MAY 20 A 11: 31

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

EARLE E. AUSHERMAN, et al.   )
                             )
        Plaintiffs,          )
                             )
v.                           )   Civil Action No. MJG-01-CV-438
                             )   Magistrate Judge Grimm
BANK OF AMERICA CORPORATION, et al. )
                             )
        Defendants.          )

ORDER — To Seal Motion

Upon consideration of the Motion for Protective Order by Plaintiffs and Plaintiffs' Counsel, defendants' Opposition, and the entire record herein it is this **18th** day of **May**, 2002 hereby

ORDERED that plaintiffs' Motion is GRANTED, and the Motion for Protective Order is Sealed, pending further proceedings in accordance w/ L.R. 105.11

_____
Paul W. Grimm
United States Magistrate Judge