FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 21  P 3: 33

AT BALTIMORE

____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORPORATION, et al. )<br>)<br>Defendants. ) | Civil Action No. MJG-01-CV-438 |

## ORDER

Upon consideration of plaintiffs' Sealing Motion, and the entire record herein it is this 20th day of May, 2002 hereby

ORDERED that plaintiffs' Motion is GRANTED; and it is further

ORDERED that plaintiffs' Motion for Summary Judgment is accepted for filing under seal.

_____
Marvin J. Garbis
United States District Judge