IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 28  P 4: 44

CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Interim Sealing Motion, and pursuant to this Court's Amended Stipulated Order Regarding Confidentiality of Discovery Material protecting the confidential nature of the document produced by the Defendants' in this action; IT IS THIS _27th_ day of _March_, 2002,

**ORDERED** that the Defendants' Interim Sealing Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the Clerk of this Court shall take immediate steps to protect and seal **Exhibit 2** to Defendants' Renewed Motion for Leave to Take the Deposition of Plaintiffs' Counsel, Rodney R. Sweetland, III, Esquire and in Opposition to Motion for Protective Order by Plaintiffs and Plaintiffs' Counsel, subject to any further proceedings under LR 104.13 and 105.1/

_____
Honorable Paul W. Grimm
United States District Court for
the District of Maryland