UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 29, 2002

RE: *Ausherman v. Bank of America*
MJG-01-438

### MEMORANDUM FOR COUNSEL

Dear Counsel:

As stated during our telephone conference this afternoon, Mr. Sweetland's deposition will take place on June 11, 2002 at 10:00 a.m. You may contact my chambers on Monday, June 10th to request the location courtroom where it will take place. The defendants have agreed to serve Mr. Sweetland with a subpoena, as he requested, and he has agreed to accept service.

Paul W. Grimm
United States Magistrate Judge

cc: Chambers file