UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 31  P 2: 26

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 30, 2002

Re: *Ausherman, et al. v. Bank of American Corporation et al.* MJG-01-CV-438

Dear Counsel:

I am in receipt of defendants' renewed motion for sanctions to compel discovery responses. The motion is denied without prejudice. In the form in which it was submitted, the motion is not helpful to the court in identifying with particularity the alleged deficiencies of plaintiffs' discovery responses. The memorandum does not address any substantive discovery defects until page 9, and then still fails to set out with particularity the objection to each interrogatory answer and document production response, as is required by Local Rule 104.8. Consequently, to sort through the materials provided in order to decipher the specific discovery request, allegedly defective response, and reason for objection would not be productive. If the defendants wish to do so, they may re-submit the motion in the following format:

1. Objections to an interrogatory response shall set out the interrogatory, the answer and any supplemental answer, and the objection to the answer. The objection shall be succinct and clearly identify the problems with plaintiffs' answer and the evidence rules, court order, or other authority, supporting defendants' position on the matter. If there is case law on point from this circuit or district, it will be cited. There is no need to cite authority from any other circuit unless there is none from this circuit or district, and the authority is directly controlling.

2. Objections to a document response shall set out the document request, the response and any supplemental responses, and defendants' objection to the response. The objection shall be succinct and clearly identify the problems with the document response and the evidence rules, court order, or other authority supporting defendants' position on the matter. If there is case law on point from this circuit or district, it will be cited. There is

no need to cite authority from any other circuit, unless there is none from this circuit or district, and the authority is directly controlling.

    3.    Other discovery objections will listed (e.g., certain plaintiffs' failed to sign interrogatory responses, failure to schedule certain plaintiffs' depositions, etc.) in numerical order with each objection and support for such objection to be discussed in a succinct paragraph.

    Although informal in nature, this is an order of the Court and shall be docketed as such.

                             Sincerely,

                             Paul W. Grimm
                   United States Magistrate Judge


cc: Honorable Marvin J. Garbis
    ✓ Clerk of the Court