IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EARLE E. AUSHERMAN, et al.        *

    Plaintiffs,        *

v.        *        Civil Action No. MJG 01-438

BANK OF AMERICA CORPORATION        *
 et al.,
                              *

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendants' Emergency Motion to Stay Briefing Schedule, and this Court having found there is good cause,

IT IS ORDERED this 13th day of June, 2002, that the Defendants' Emergency Motion to Stay Briefing Schedule be, and hereby is, **GRANTED**.

_____
~~Honorable Marvin J. Garbis~~
United States District Court
  for the District of Maryland