```
              FILED
        U.S. DISTRICT COURT
        DISTRICT OF MARYLAND
        2002 JUN 20  P 4: 15
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION



| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION et al., | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE TO STRIKE APPEARANCE

Please strike the appearance of Karl J. Nelson as counsel for Defendants Bank of America Corporation and Banc of America Auto Finance Corporation in the above-captioned matter.

Respectfully submitted,

Ava Lias-Booker, Bar No. 05022
David E. Ralph, Bar No. 23500
Jennifer Brune Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8600
(410) 332-8862 (Fax)
Attorneys for Defendants,
Bank of America Corporation and
Banc of America Auto Finance Corp.

Approved this 19th day of June, 2002

Marvin J. Garbis
United States District Judge

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2002, a copy of the foregoing Notice to Strike Appearance was mailed, by first class mail, postage prepaid to:

Rodney R. Sweetland, III, Esquire
1655 North Ft. Myer Drive
Suite 700
Arlington, Virginia 22209

Jennifer B. Speargas