FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -1 P 4: 14

AT BALTIMORE
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion for Entry of Amended Proposed Briefing Schedule and Enlargement of Time and for good cause, IT IS THIS 1st day of August, 2002,

**ORDERED** that Defendants' Motion for Entry of Amended Proposed Briefing Schedule be and the same is hereby **GRANTED**, and that the Amended Proposed Briefing Schedule be hereby **ENTERED**;

**IT IS FURTHER ORDERED**, that the December 3, 2001 Scheduling Order be enlarged to accommodate the Amended Proposed Briefing Schedule.

_____
Honorable Marvin J. Garbis
United States District Court for
the District of Maryland