EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EARLE E. AUSHERMAN, et al.,  *

      Plaintiffs,  *

v.  *  Civil Action No. MJG 01-438

BANK OF AMERICA CORPORATION  *
et al.,
   *
      Defendants.

* * * * * * * * * * * * *

## AMENDED PROPOSED BRIEFING SCHEDULE

The Defendants propose the following dates in which to file the remaining cross dispositive motions:

September 16, 2002 – BAC and BAAF's Cross Motion for Summary Judgment and Opposition due;

October 7, 2002 – Plaintiffs' Reply Memorandum and Opposition due; and

October 28, 2002 – BAC and BAAF's Reply Memorandum due.