ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, *et al.* | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Interim Sealing Motion, and pursuant to this Court's Amended Stipulated Order Regarding Confidentiality of Discovery Material protecting the confidential nature of documents produced by the Defendants' in this action; IT IS THIS ____ day of _____, 2002,

**ORDERED** that the Defendants' Interim Sealing Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the Clerk of this Court shall take immediate steps to protect and seal Defendants' Renewed Motion for Discovery Sanctions and exhibits thereto.

_____
Honorable Paul W. Grimm
United States District Court for
the District of Maryland