IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, et al.   *

        Plaintiffs   *

vs.   *   CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,   *
et al.
        Defendants   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER SEALING PART OF MOTION

It appears that Plaintiffs' counsel has filed a motion which sets forth the residential address of the Magistrate Judge assigned to this case. There are valid security reasons to maintain as confidential the residential address of a juridical officer of this Court. Moreover, there is no purpose served in the instant case by having the residential address of the Magistrate Judge placed on the public record.

Accordingly:

1. The Clerk shall place under seal the Motion and Memorandum of Points and Authorities to Recuse Magistrate Judge filed by Plaintiffs.

2. The Clerk shall place on the public record, however, a copy of said motion (without exhibits) on which the first page has been redacted as set forth in Exhibit A hereto.

So ORDERED this 12th day of August, 2002

                                Marvin J. Garbis
                                United States District Judge

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. MJG-01-CV-438 |
| ) | Magistrate Judge Grimm |
| BANK OF AMERICA CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO RECUSE MAGISTRATE JUDGE

### INTRODUCTION

Plaintiffs became aware on July 29, 2002 that Magistrate Judge Paul W. Grimm has a significant financial relationship with defendant Bank of America: it holds the mortgage on his home.

### FACTS

A review of publicly available records demonstrates that there is a significant fact which might lead a reasonable person to conclude that Magistrate Judge Grimm has reason to favor defendant Bank of America in this case. Magistrate Judge Paul W. Grimm apparently owns property identified as ████████████████████████. *See* Exhibit 1. This appears to be the principal residence for the Magistrate Judge. *See* Exhibit 2. A Deed of Trust filed in the ████████████████ shows that Bank of America holds the mortgage on this property. *See* Exhibit 3.

EXHIBIT A

1