IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, ET AL.       :

v.                               :   CIVIL ACTION NO. MJG-01-CV-438
                                     (Magistrate Judge Paul W. Grimm)

BANK OF AMERICA                  :
CORPORATION, ET AL.

### ORDER

It is this 13th day of August, 2002, **ORDERED**

1. That plaintiffs' motion to extend time to respond to defendants' discovery motion (Paper No. 119) is denied as moot;

2. That plaintiffs' motion to seal accompanying motion to show cause pursuant to protective order (Paper No. 125) is granted;

3. That plaintiffs' motion to seal July 17, 2002, letter with attachment to Judge Grimm (Paper No. 129) is granted.

4. That the Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 8/13/02

_____
Paul W. Grimm
United States Magistrate Judge