UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

August 13, 2002

Re:  *Ausherman, et al. v. Bank of American Corporation et al.*
     MJG-01-CV-438

Dear Counsel:

Presently pending is Plaintiffs' Motion to Compel Payment To Expert (Paper No. 128), arising from the taking of plaintiffs' expert's deposition by defendants on April 9, 2002. Defendants have filed an opposition stating that the expert has now been paid and attached a copy of the invoice and check. (Paper No. 132). No reply has been received, and the time for filing a reply has expired.

Based on the fact represented by Bank of America that the expert has now been paid, I will deny plaintiffs' motion unless plaintiffs notify me within five days of the date of this letter that the facts stated by Bank of America are inaccurate.

Although informal in nature, this is an Order of the Court and should be docketed accordingly.

Sincerely,

Paul W. Grimm
United States Magistrate Judge

cc: Honorable Marvin J. Garbis
    Court clerk