UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. MJG-01-CV-438 |
| ) | Magistrate Judge Paul W. Grimm |
| BANK OF AMERICA CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiffs' Sealing Motion, and the entire record herein it is this 23rd day of August, 2002 hereby

ORDERED that plaintiffs' Motion Sealing is GRANTED; and it is further

ORDERED that plaintiffs' Motion to Show Cause is accepted for filing under seal pending further action by this Court.

_____
Paul W. Grimm
United States Magistrate Judge