**ORIGINAL**

$50 FEE PAID
# IL88043
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2002 SEP -3 P 3: 09

<table>
<tr><td>Earle E. Ausherman, et al.</td><td>*</td><td></td></tr>
<tr><td>Plaintiff(s)</td><td>*</td><td></td></tr>
<tr><td></td><td></td><td>Case No.: MJG-01-CV-438</td></tr>
<tr><td>vs.</td><td>*</td><td>DEPUTY</td></tr>
<tr><td>Bank of America Corporation, et al.</td><td>*</td><td></td></tr>
<tr><td>Defendant(s)</td><td></td><td></td></tr>
</table>

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Rodney R. Sweetland, III, am a member in good standing of the bar of

this Court. My bar number is 12707. I am moving the admission of

John T. Murray to appear *pro hac vice* in this case as

counsel for Earle E. Ausherman, et al.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Ohio | November 2, 1979 |
| U.S. District Court Northern District of Ohio | June 6, 1980 |
| State of Colorado | January 28, 1988 |
| State of New York | September 22, 1988 |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __-0-__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or ___ **n/a** _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

_____
Signature

**Rodney R. Sweetland, III**
Printed Name
**Rodney R. Sweetland, III**
**Attorney at Law**
_____
Firm

**2315 40th Place, NW, #304**
Address **Washington, DC 20007**

**1-202-965-1273**
Telephone Number

**1-703-351-5284**
Fax Number

PROPOSED ADMITTEE

_____
Signature

**John T. Murray**
Printed Name

**Murray & Murray Co., L.P.A.**
Firm

**111 E. Shoreline Drive**
Address   **Sandusky, OH 44870**

**1-419-624-3000**
Telephone Number

**1-419-624-0707**
Fax Number

*****************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

**8/3/.2**
_____
Date

_____
United States District Judge