**ORIGINAL**



$50 FEE PAID
#118043
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 SEP -3 P 3:09

Earle E. Ausherman, et al.
    Plaintiff(s)

vs.

Bank of America Corporation, et al.
    Defendant(s)

Case No.: MJG-01-CV-438

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Rodney R. Sweetland, III__, am a member in good standing of the bar of this Court. My bar number is __12707__. I am moving the admission of

__Sylvia M. Antalis__ to appear *pro hac vice* in this case as counsel for __Earle E. Ausherman, et al.__

We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Ohio | November 13, 1995 |
| U.S. District Court, Northern District of Ohio | December 11, 1995 |
| Sixth Circuit Court of Appeals | December 18, 1995 |

2.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __-0-__ times.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____**n/a**_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

_____
MOVANT
Signature

**Rodney R. Sweetland, III**
Printed Name

**Rodney R. Sweetland, III**
**Attorney at Law**
Firm

**2315 40th Place NW, #304**
Address **Washington, DC 20007**

**1-202-965-1273**
Telephone Number

**1-703-351-5284**
Fax Number

PROPOSED ADMITTEE
_____
Signature

**Sylvia M. Antalis**
Printed Name

**Murray & Murray Co., L.P.A.**
Firm

**111 East Shoreline Drive**
Address **Sandusky, OH 44870**

**1-419-624-3000**
Telephone Number

**1-419-624-0707**
Fax Number

*******************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

9/3/02
Date

_____
United States District Judge