## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. MJG-01-CV-438 |
| | ) | Magistrate Judge Paul W. Grimm |
| BANK OF AMERICA CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiffs' Sealing Motion entire record herein it is this _____ day

of _____, 2002 hereby

ORDERED that plaintiffs' Motion is GRANTED; and it is further

ORDERED that plaintiffs' Reply to defendants' Opposition to plaintiffs' Motion to Show

Cause be accepted for filing under seal pending further action by this Court.

Paul W. Grimm    Marvin J. Garbis
United States Magistrate Judge
District