IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, et al.       *

       Plaintiffs         *

       vs.                *   CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,     *
et al.
       Defendants         *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER SEALING PART OF MOTION

Despite this Court's Order of August 12, 2002 sealing the portion of Plaintiff's Motion setting forth the residential address of the Magistrate Judge assigned to this case, it appears that Plaintiff's counsel has filed, on August 26, 2002, Objections which once again set forth the Magistrate Judge's residential address in Exhibit One.

There remain valid security reasons to maintain as confidential the residential address of a judicial officer of this Court, and there is still no purpose served in the instant case in the placement of such address on the public record.

Accordingly:

    1. The Clerk shall place under seal Exhibit One of the Plaintiff's Objections to Magistrate Judge's Memorandum and Order of August 22, 2002.

2.  The Clerk shall place on the public record a copy of the Objections without Exhibit One.

So ORDERED this 10th day of September, 2002.

_____
Marvin J. Garbis
United States District Judge