IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, et al.    *

        Plaintiffs    *

        vs.    *    CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,    *
et al.
        Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiffs' Objections to Magistrate Judge's Order of July 23, 2002. The Court finds no need for a hearing.

By Memorandum and Order of July 23, 2002, the Magistrate Judge awarded a total of $8,649.25 of sanctions against Plaintiffs' counsel. This Court finds no need to restate the 47 page discussion provided by the Magistrate Judge. The Court fully agrees with the rationale and conclusion of the Magistrate Judge.

Accordingly:

1. Plaintiffs' Objections to Magistrate Judge's Order of July 23, 2002 are OVERRULED.

2. The Memorandum and Order of the Magistrate Judge issued July 23, 2002 is hereby adopted by this Court.

3.  Plaintiffs' counsel, Rodney E. Sweetland, Esquire shall, by September 30, 2002, pay Defendants the sum of $8,649.25. Should counsel fail to make such payment:

    a.  Rodney E. Sweetland, Esquire shall appear before this Court on Tuesday, October 1, 2002 at 9:00 a.m. to show cause why he should not be held in contempt.

    b.  The amount to be paid shall be increased by $100 per calendar day, including weekends and holidays, until Mr. Sweetland has made payment in full.

SO ORDERED this 20th day of September, 2002.

_____
Marvin J. Garbis
United States District Judge