IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Interim Sealing Motion, and pursuant to this Court's Amended Stipulated Order Regarding Confidentiality of Discovery Material protecting the confidential nature of documents produced by the Defendants' in this action; IT IS THIS 20th day of September, 2002,

**ORDERED** that the Defendants' Interim Sealing Motion be and is hereby **GRANTED**; it is further

**ORDERED**, that the Clerk of this Court shall take immediate steps to protect and seal Banc of America Auto Finance Corp.'s Opposition to Plaintiffs' Motion for Partial Summary Judgment and Memorandum in Support Of Defendants' Cross Motion for Summary Judgment, and exhibits thereto.

~~Honorable Marvin J. Garbis~~ Paul W. Grimm
United States District Court for
the District of Maryland