UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. MJG-01-CV-438 |
| ) | Magistrate Judge Grimm |
| BANK OF AMERICA CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), plaintiffs hereby move this Honorable Court for a six day enlargement of the 20 day deadline in its order of October 9, 2002 for plaintiffs to file notarized interrogatories with the Court.

The October 9 Order was not sent by facsimile to undersigned counsel as have previous orders; it was sent by first class mail. October 14 was Columbus Day, a federal holiday. The Order was thus only received on October 15, six days after its issuance.

The Order provides that plaintiffs have "within twenty days of this order" to comply. Because of the Columbus Day week end, however, plaintiffs were in essence deprived of six of the twenty days afforded to them.

Defendants have indicated that they oppose this requested enlargement.

Wherefore, plaintiffs request that they be afforded until November 4, 2002, to comply with the Court's directive.