IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Interim Sealing Motion, and pursuant to this Court's Amended Stipulated Order Regarding Confidentiality of Discovery Material protecting the confidential nature of documents produced by the Defendants' in this action; IT IS THIS 30th day of October, 2002,

ORDERED that the Defendants' Interim Sealing Motion be and is hereby GRANTED; and it is further

ORDERED, that the Clerk of this Court shall take immediate steps to protect and seal the Reply Memorandum in Support of Defendants' Motion to Exclude Testimony of Evan D. Hendricks, and exhibits thereto.

_____
Honorable Marvin J. Garbis
United States District Court for
the District of Maryland