```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

EARLE E. AUSHERMAN, et al.    *

      Plaintiffs    *

      vs.    *   CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,    *
et al.
      Defendants    *

*    *    *    *    *    *    *    *    *

## ORDER

It appears that certain motions, albeit moot by virtue of the passage of time, have not formally been ruled upon.

Accordingly, to clarify the record:

1. Defendants' Motion to Shorten Time [Paper 112] is DENIED.

2. Defendants' Motion for Interim Sealing Order [Paper 120] is GRANTED NUNC PRO TUNC TO THE DATE OF FILING.

3. Defendants' Motion for Interim Sealing Order [Paper 133] is GRANTED NUNC PRO TUNC TO THE DATE OF FILING.

4. Defendants' Motion for Interim Sealing Order [Paper 158] is GRANTED NUNC PRO TUNC TO THE DATE OF FILING.

SO ORDERED, on <u>Tuesday, 18 March, 2003</u>.

                                          / s /
                                  Marvin J. Garbis
                          United States District Judge