IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, et al.        *

      Plaintiffs        *

      vs.               *   CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,      *
et al.
                                  *
      Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendants.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants against Plaintiffs dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, 18 March, 2003.

                                                     / s /
                                         Marvin J. Garbis
                                United States District Judge