IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## BILL OF COSTS

Judgment having been entered in the above entitled action on March 18, 2003 against the Plaintiffs, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the court reporter for deposition transcripts: | $7,962.00 |
| Fees of the court reporter for hearing transcripts: | $150.00 |
| Fees for witnesses: | $61.90 |
| Fees for photocopying: | $285.20 |
| **Total** | **$8,459.10** |

A Memorandum and Affidavit in support of this bill are attached hereto and incorporated herein by reference.

758950.1 4/1/03

Respectfully submitted,

_____
Ava Lias-Booker, Bar No. 05022
David E. Ralph, Bar No. 23500
Jennifer Brune Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8600
(410) 332-8862 (Fax)

Attorneys for Defendants
Bank of America Corporation and
Banc of America Auto Finance Corp.