IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF AVA E. LIAS-BOOKER, ESQUIRE IN SUPPORT OF
<u>DEFENDANTS' BILL OF COSTS</u>**

I declare under penalty of perjury that the costs set forth in Defendants' Bill of Costs and the Memorandum in support thereof are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

<u>     April 1, 2003     </u>                 <u>            //s//                        </u>
                                                          Ava E. Lias-Booker, Esquire

                                                          Counsel for Defendants,
                                                          Bank of America Corporation and
                                                          Banc of America Auto Finance Corp.

<b><u>EXHIBIT A</u></b>

758951.1 4/1/03