# L.A.D. REPORTING COMPANY
*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

Employer I.D. No. 52-1684455



| Invoice Date: | |
|---|---|
| 2/07/2002 | |
| Invoice No. | Job Num. |
| 65255 | 10660-3 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

Ava Lias-Booker, Esq.

Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE:** Ausherman Vs. Bank of America

**Deposed:** Hogue, F. & R.

**Date Taken:** 2/06/2002

| Description | Qty | Charges |
|---|---|---|
| Expedited Original  - Ronnie Hogue | 108 | 729.00 |
| Expedited Original - Freda Hogue | 68 | 459.00 |
| Shipping & Handling | 1 | 20.00 |
| Complimentary E-Transcript | | |
| | | |
| | **Total:** | **1,208.00** |

**We accept Visa/Mastercard/Amex**

Card #:

Exp:

Signature: _____

| TOTAL BALANCE DUE: | 1,208.00 |
|---|---|

EXHIBIT
B

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

**Employer I.D. No. 52-1684455**

| Invoice Date: |
|---|
| 4/24/2002 |

| Invoice No. | Job Num. |
|---|---|
| 68352 | 10660-19 |

**PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING**

To:

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

RE:  Ausherman Vs. Bank of America

Deposed:  Hogue, F. & R., V2

Date Taken:  4/12/2002

| Description | Qty | Charges |
|---|---|---|
| Original of the Proceedings | 44 | 143.00 |
| Original of the Proceedings | 47 | 152.75 |
| Delivery | 1 | 10.00 |
| | **Total:** | **305.75** |

We accept Visa/Mastercard/Amex

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 305.75 |
|---|---|

## L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282 Fax #: (301)762-0606*

**To:**

> Ava Lias-Booker, Esq.
> Saul Ewing, L.L.P.
> Sixteenth Floor, 100 South Charles Street
>
> Baltimore, MD 21201

Employer I.D. No. 52-1684455

| Invoice Date: | |
|---|---|
| 2/21/2002 | |
| Invoice No. | Job Num. |
| 65776 | 10660-7 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**RE: Ausherman Vs. Bank of America**

**Deposed:** Werbos, P.

**Date Taken:** 2/13/2002

| Description | Qty | Charges |
|---|---|---|
| Expedited Original of the Proceedings | 124 | 806.00 |
| *Pd 4-8-02 Bank of America ck# 0005044489* | **Total:** | **806.00** |

**We accept Visa/Mastercard/Amex**

**Card #:** _____

**Exp:** _____

**Signature:**

| TOTAL BALANCE DUE: | 0.00 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

**Employer I.D. No. 52-1684455**

| Invoice Date: | |
|---|---|
| 2/21/2002 | |

| Invoice No. | Job Num. |
|---|---|
| 65778 | 10660-8 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

Ava Lias-Booker, Esq.
Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE:** Ausherman Vs. Bank of America

**Deposed:** Werbos, L.

**Date Taken:** 2/14/2002

| Description | Qty | Charges |
|---|---|---|
| Expedited Original of the Proceedings | 85 | 552.50 |
| Delivery | 1 | 10.00 |
| | | |

*Pd. 4-8-02 Bank of America Ck #000504-4489*

| | Total: | 562.50 |
|---|---|---|

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 0.00 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

**Employer I.D. No. 52-1684455**

| Invoice Date: |
| --- |
| 2/21/2002 |

| Invoice No. | Job Num. |
| --- | --- |
| 65773 | 10660-10 |

**PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING**

To:

Ava Lias-Booker, Esq.

Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE: Ausherman Vs. Bank of America**

**Deposed:**  **Ausherman, V1**

**Date Taken:**  2/18/2002

| Description | Qty | Charges |
| --- | --- | --- |
| Expedited Original of the Proceedings | 54 | 375.30 |
| Shipping & Handling | 1 | 25.00 |
| | | |

Pd 4-8-02 Bank of America CK # 0005044489

| **Total:** | **400.30** |
| --- | --- |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| **TOTAL BALANCE DUE:** | **0.00** |
| --- | --- |

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

Employer I.D. No. 52-1684455

| Invoice Date: |
|---|
| 5/08/2002 |

| Invoice No. | Job Num. |
|---|---|
| 68992 | 10660-24 |

**PLEASE REFERENCE THIS**
**INVOICE NUMBER WHEN**
**REMITTING**

To:

> David E. Ralph, Esquire
> Saul Ewing, L.L.P.
>
> Sixteenth Floor, 100 South Charles Street
>
> Baltimore, MD  21201

**RE:  Ausherman Vs. Bank of America**

**Deposed:    Ausherman, V2**

**Date Taken:    5/03/2002**

| Description | Qty | Charges |
|---|---|---|
| Original of the Proceedings - Earle Ausherman | 65 | 211.25 |
| Delivery | 1 | 10.00 |
| | | |
| **Total:** | | **221.25** |

### We accept Visa/Mastercard/Amex

**Card #:** _____

**Exp:** _____

**Signature:** _____

| TOTAL BALANCE DUE: | 221.25 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*



Employer I.D. No. 52-1684455

| Invoice Date: | |
|---|---|
| 4/09/2002 | |

| Invoice No. | Job Num. |
|---|---|
| 67784 | 10660-14 |

**PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING**

**To:**

David E. Ralph, Esquire
Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE:** Ausherman Vs. Bank of America

**Deposed:** Lammonds

**Date Taken:** 4/08/2002

| Description | Qty | Charges |
|---|---|---|
| Expedited Original  - Richard Lammonds | 87 | 565.50 |
| Etranscript | 1 | 25.00 |
| Shipping & Handling | 1 | 25.00 |
| | | |
| | **Total:** | **615.50** |

### We accept Visa/Mastercard/Amex

**Card #:** _____

**Exp:** _____

**Signature:** _____

| TOTAL BALANCE DUE: | 615.50 |
|---|---|

**_L.A.D. REPORTING COMPANY_**
_Suite 201, 1684 East Gude Drive_
_Rockville, Maryland 20850_
_Phone #: (301)762-8282  Fax #: (301)762-0606_

To:

Employer I.D. No. 52-1684455

| Invoice Date: | |
|---|---|
| 4/09/2002 | |
| Invoice No. | Job Num. |
| 67786 | 10660-15 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

David E. Ralph, Esquire
Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE:** **Ausherman Vs. Bank of America**

**Deposed:** **Simons**

**Date Taken:** **4/08/2002**

| Description | Qty | Charges |
|---|---|---|
| Expedited Original - Paul Simons | 73 | 474.50 |
| Etranscript | 1 | 25.00 |
| | **Total:** | **499.50** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 499.50 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

Employer I.D. No. 52-1684455

To:



| Invoice Date: | Job Num. |
|---|---|
| 4/16/2002 | |
| Invoice No. | 10660-15 |
| 68029 | |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

David E. Ralph, Esquire
Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE:** **Ausherman Vs. Bank of America**

**Deposed:** **Simons**

**Date Taken:** 4/08/2002

| Description | Qty | Charges |
|---|---|---|
| Videoconference Facility | 2 | 600.00 |
| Scheduling Fee | 1 | 50.00 |
| | | |
| | **Total:** | **650.00** |

**We accept Visa/Mastercard/Amex**

**Card #:** _____

**Exp:** _____

**Signature:** _____

| TOTAL BALANCE DUE: | 650.00 |
|---|---|

*L.A.D. REPORTING COMPANY*

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301) 762-8282  Fax #: (301) 762-0606*

To:

Employer I.D. No. 52-1684455

| Invoice Date: | |
|---|---|
| 4/25/2002 | |
| Invoice No. | Job Num. |
| 68478 | 10660-17 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

**RE:  Ausherman Vs. Bank of America**

**Deposed:**    **Elder**

**Date Taken:**    4/10/2002

| Description | Qty | Charges |
|---|---|---|
| Original of the Proceedings - John Elder | 79 | 256.75 |
| Delivery | 1 | 10.00 |
| | **Total:** | **266.75** |

**We accept Visa/Mastercard/Amex**

**Card #:** _____

**Exp:** _____

**Signature:** _____

| TOTAL BALANCE DUE: | 266.75 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301) 762-8282  Fax #: (301) 762-0606*

Employer I.D. No. 52-1684455

To:

| Invoice Date: |
| --- |
| 4/25/2002 |

| Invoice No. | Job Num. |
| --- | --- |
| 68479 | 10660-17 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

**RE:  Ausherman Vs. Bank of America**

**Deposed:    Elder**

**Date Taken:    4/10/2002**

| Description | Qty | Charges |
| --- | --- | --- |
| Videoconference Facility | 2 | 500.00 |
| Scheduling Fee | 1 | 50.00 |
| | **Total:** | **550.00** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 550.00 |
| --- | --- |

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282 Fax #: (301)762-0606*

Employer I.D. No. 52-1684455

To:

| Invoice Date: | |
|---|---|
| 4/24/2002 | |

| Invoice No. | Job Num. |
|---|---|
| 68346 | 10660-11 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

**RE:** Ausherman Vs. Bank of America

**Deposed:** Hunter

**Date Taken:** 4/12/2002

| Description | Qty | Charges |
|---|---|---|
| Original of the Proceedings | 83 | 269.75 |
| Delivery | 1 | 10.00 |
| | | |
| **Total:** | | **279.75** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 279.75 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301) 762-8282  Fax #: (301) 762-0606*

**Employer I.D. No. 52-1684455**

| Invoice Date: |
|:---:|
| 4/25/2002 |

| Invoice No. |
|:---:|
| 68481 |

**Job Num.**
**10660-11**

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**To:**

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

**RE:** Ausherman Vs. Bank of America

**Deposed:** Hunter

**Date Taken:** 4/12/2002

| Description | Qty | Charges |
|---|---|---|
| Videoconference Facility | 2 | 500.00 |
| Scheduling Fee | 1 | 50.00 |
| Faxing - San Diego | 119 | 124.95 |
| Shipping & Handling | 1 | 35.00 |
| | **Total:** | **709.95** |

We accept Visa/Mastercard/Amex

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 709.95 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301) 762-8282  Fax #: (301) 762-0606*

Employer I.D. No. 52-1684455

To:

| | |
|---|---|
| **Invoice Date:** | |
| **4/24/2002** | |
| **Invoice No.** | **Job Num.** |
| **68344** | **10660-13** |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

**RE:** Ausherman Vs. Bank of America

**Deposed:** Salazar, VTC

**Date Taken:** 4/16/2002

| Description | Qty | Charges |
|---|---|---|
| Original of the Proceedings | 86 | 279.50 |
| Delivery | 1 | 10.00 |
| | **Total:** | **289.50** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| | |
|---|---|
| **TOTAL BALANCE DUE:** | **289.50** |

## L.A.D. REPORTING COMPANY
*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

Employer I.D. No. 52-1684455

| Invoice Date: |
| --- |
| 4/25/2002 |

| Invoice No. | Job Num. |
| --- | --- |
| 68482 | 10660-13 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**To:**

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

**RE:** Ausherman Vs. Bank of America

**Deposed:** Salazar, VTC

**Date Taken:** 4/16/2002

| Description | Qty | Charges |
| --- | --- | --- |
| Videoteleconference Facility | 2 | 500.00 |
| Scheduling Fee | 1 | 50.00 |
| | **Total:** | **550.00** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 550.00 |
| --- | --- |

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

Employer I.D. No. 52-1684455

To:

| Invoice Date: | |
|---|---|
| 4/25/2002 | |
| Invoice No. | Job Num. |
| 68382 | 10660-18 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

Ava Lias-Booker, Esq.

Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore,  Maryland  21201-2773

**RE:** **Ausherman Vs. Bank of America**

**Deposed:** **Colon**

**Date Taken:** **4/17/2002**

| Description | Qty | Charges |
|---|---|---|
| Original of the Proceedings - Ricardo Colon | 83 | 269.75 |
| Delivery | 1 | 10.00 |
| | | |
| | **Total:** | **279.75** |

### We accept Visa/Mastercard/Amex

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 279.75 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301) 762-8282  Fax #: (301) 762-0606*

**Employer I.D. No. 52-1684455**

| Invoice Date: | |
|---|---|
| **5/08/2002** | |
| Invoice No. | **Job Num.** |
| **68990** | **10660-20** |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

Jennifer Brune Speargas, Esquire
Saul Ewing, L.L.P.

Sixteenth Floor, 100 South Charles Street

Baltimore, MD 21201

**RE:** **Ausherman Vs. Bank of America**

**Deposed:** **Ball**

**Date Taken:** 4/23/2002

| Description | Qty | Charges |
|---|---|---|
| Original - Stephanie Ball | 104 | 338.00 |
| Delivery | 1 | 10.00 |
| | **Total:** | **348.00** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 348.00 |
|---|---|

# L.A.D. REPORTING COMPANY
*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301)762-8282   Fax #: (301)762-0606*

To:



Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773

Employer I.D. No. 52-1684455

| Invoice Date: | |
|---|---|
| 4/25/2002 | |
| Invoice No. | Job Num. |
| 68483 | 10660-20 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: **Ausherman Vs. Bank of America**

**Deposed:**   **Ball**

Date Taken:   4/23/2002

| Description | Qty | Charges |
|---|---|---|
| Videoteleconference Services | 2 | 550.00 |
| Scheduling Fee | 1 | 50.00 |
| | | |
| | **Total:** | **600.00** |

**We accept Visa/Mastercard/Amex**

Card #: _____

Exp: _____

Signature: _____

| TOTAL BALANCE DUE: | 600.00 |
|---|---|

# L.A.D. REPORTING COMPANY

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland  20850*
*Phone #: (301)762-8282  Fax #: (301)762-0606*

**Employer I.D. No. 52-1684455**

To:

| Invoice Date: | |
|---|---|
| 5/01/2002 | |

| Invoice No. | Job Num. |
|---|---|
| 68766 | 10660-21 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

> Ava Lias-Booker, Esq.
> Saul Ewing, LLP
> Sixteenth Floor, 100 South Charles Street
> Baltimore, Maryland 21201-2773

**RE:** **Ausherman Vs. Bank of America**

**Deposed:**   **Hamilton**

**Date Taken:**   **4/23/2002**

| Description | Qty | Charges |
|---|---|---|
| Original - Anna Hamilton | 108 | 351.00 |
| Delivery | 1 | 10.00 |
| | | |
| **Total:** | | **361.00** |

**We accept Visa/Mastercard/Amex**

**Card #:** _____

**Exp:** _____

**Signature:** _____

| TOTAL BALANCE DUE: | 361.00 |
|---|---|

# *L.A.D. REPORTING COMPANY*

*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301)762-8282 Fax #: (301)762-0606*

To:

Ava Lias-Booker, Esq.
Saul Ewing, LLP

Sixteenth Floor, 100 South Charles Street

Baltimore, Maryland 21201-2773



Employer I.D. No. 52-1684455

| Invoice Date: | |
|---|---|
| 4/17/2002 | |
| Invoice No. | Job Num. |
| 68107 | 10660-12 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**RE:** Ausherman Vs. Bank of America

**Deposed:**   Hendricks

**Date Taken:**   4/09/2002

| Description | Qty | Charges |
|---|---|---|
| Expedited Original  - Evan Hendricks | 184 | 782.00 |
| Shipping & Handling | 1 | 30.00 |
| | | |
| | **Total:** | **812.00** |

### We accept Visa/Mastercard/Amex

Card #:  _____

Exp:  _____

Signature:  _____

| TOTAL BALANCE DUE: | 812.00 |
|---|---|

**ALLIANCE REPORTING SERVICE, INC.**

| INVOICE | DATE 4/03/2002 | INVOICE 49922 |
|---|---|---|

Court Reporters - Notaries
P.O. Box 469
MINEOLA, NEW YORK 11501-0469

Job    21935

**(516) 741-7585  FAX (516) 741-6740**

SAUL EWING, ESQ.
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2773

PAID

Reporter:
JEANETTE HOOLAN

TAX ID#: 11-2955785

Attn: AVA E. LIAS-        ESQ.

3/20/2002    EARLE AUSHERMAN -V- BANK OF AMERICA CORPORATION
CIVIL-#MJG-01-CV438
1c - STEPHANIE ADAMS (38PP)                     104.50
MIN-U-SCRIPT & ASCII                             20.00
PHOTOCOPYING OF EXHIBITS                         13.65
OVERNIGHT DELIVERY                               35.00

Invoice Total        ---------
                       $173.15

**We accept MC, Visa, Discover and American Express.**

Balance Due        $173.15

Thank you for using Alliance Reporting Service, Inc.
If payment is not received within 30 days, interest will be charged @1.5% /month





**ROBERTS & KIDWELL**
REGISTERED PROFESSIONAL REPORTERS
United Carolina Bank Building
212 South Tryon Street, Suite 1680
Charlotte, NC 28281
(704) 573-3919 • WATS 1-800-743-3376

Job #: 020404MAL
Job Date: 04/04/2002
Order Date: 04/04/2002
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: Bank of America Corp.

# Invoice

Invoice #:      68552
Inv. Date:    04/24/2002
Balance:       $134.45

| Bill To: | Action: Ausherman, et al. |
|---|---|
| Ava E. Lias-Booker, Esq. | vs |
| Saul Ewing | Bank of America, et al. |
| 100 South Charles Street | Action #: MLG-01-CV-438 |
| Baltimore, MD 21201 | Rep: MAL |
| | Cert: |

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Susan Cambron(30)(b)(6) | Copy of Transcript | $0.00 | $60.45 |
| 2 | Susan Cambron(30)(b)(6) | Exhibits | $0.00 | $16.50 |
| 3 | Susan Cambron(30)(b)(6) | Condensed Transcript | $0.00 | $35.00 |
| 4 | Susan Cambron(30)(b)(6) | ASCII Diskette | $0.00 | $15.00 |
| 5 | | Shipping & Handling | $0.00 | $7.50 |

Comments:

| | |
|---|---|
| Sub Total | $134.45 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | |
| Payment | $0.00 |
| **Balance Due** | $134.45 |

Federal Tax I.D.: 62-1549852      Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

| Bill To: | Deliver To: |
|---|---|
| Ava E. Lias-Booker, Esq. | Ava E. Lias-Booker, Esq. |
| Saul Ewing | Saul Ewing |
| 100 South Charles Street | 100 South Charles Street |
| Baltimore, MD 21201 | Baltimore, MD 21201 |

# Invoice

Invoice #:      68552
Inv. Date:    04/24/2002
Balance:       $134.45
Job #:    020404MAL
Job Date:  04/04/2002
DB Ref.#:
Date of Loss:  /  /
Your File #:

*REMIT TO:*

**Roberts & Kidwell, Inc.**
46-A State Street
Charleston, SC 29401