**L.A.D. REPORTING COMPANY**
*Suite 201, 1684 East Gude Drive*
*Rockville, Maryland 20850*
*Phone #: (301) 762-8282   Fax #: (301) 762-0606*

**Employer I.D. No. 52-1684455**

**Invoice Date:** 2/08/2002
**Invoice No.** 65322
**Job Num.** 10660-9

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

**To:**
Ava Lias-Booker, Esq.
Saul Ewing, L.L.P.
Sixteenth Floor, 100 South Charles Street
Baltimore, MD 21201

**RE:** Ausherman Vs. Bank of America
**Deposed:** Telephone Hearing
**Date Taken:** 2/04/2002

| Description | Qty | Charges |
|---|---|---|
| Minimum Rush Charge | 1 | 150.00 |
| Shipping & Handling | 1 | 20.00 |
| | **Total:** | **170.00** |

*Pd. 2-22-02 CK# 195640 Saul Ewing*

We accept Visa/Mastercard/Amex
Card #: _____
Exp: _____
Signature: _____

**TOTAL BALANCE DUE:** 0.00

EXHIBIT C