```
                                              SAUL EWING LLP                    (RUN  03/27/03  01:33pm)
BILLING ATTORNEY:1357 AVA E. LIAS-BOOKER    DETAILED BILLING REPORT            THRU MARCH 31, 2002        PAGE   30
                              REPRINT.  THIS DBR WAS BILLED ON INVOICE NUMBER: B73033A.
------------------------------------------------------------------------------------------------------------------
CLIENT 947125        BANK OF AMERICA, N.A.                        DATE BILLED 04/26/02        FEES and DISBURSEMENTS
MATTER 00001         ATS. EARLE E. AUSHERMAN, ET AL.-KGER-4T2HVA  DATE BILLED THRU 03/31/02
------------------------------------------------------------------------------------------------------------------

                                      ***DISBURSEMENTS***

SEQUENCE    DATE    REFER-#  CODE  CTRL-#  TKPR                                          AMOUNT          COSMETIC
--------   -------- -------  ----  ------  ----                                          ------          --------
4079526    03/27/02 196208   015   BAAB    ALB   CAB FARE 17234 PATRICK E. CLARK 05MAR02 FROM    7.00
                                                 BALT OFC TO 421 E GITTINGS ST / P. CLARK
                                                 *TYPE TOTAL*   CAB FARE                        7.00

4089644    03/03/02          047   S0309   ALB   OVERTIME 2/07/02, 2/12/02, 2/19/02, GINA      154.92
                                                 TRASATTI
4089646    03/03/02          047   S0309   ALB   OVERTIME 2/24/02, 2/28/02, GINA TRASATTI      219.47
4089733    03/03/02          047   S0309   ALB   OVERTIME 3/6/02, VICKIE HILBUN                181.32
4089738    03/03/02          047   S0309   ALB   OVERTIME 3/18/02, SANDY GILMORE                88.61
4089575    03/13/02          047   S0309   ALB   OVERTIME 3/4/02, SANDRA GILMORE               159.50
                                                 *TYPE TOTAL*   OVERTIME                       803.82

L4092014   03/29/02 196289   050   BAAB    ALB   MESSENGER SERVICE 17034 RAPID RESPONSE DELIVERY 56.00
                                                 3/18/02 TO RODNEY SWEETLAND, ESQ. / D. RALPH
                                                 *TYPE TOTAL*   MESSENGER SERVICE               56.00

4070537    03/08/02 195952   051   BAABR   ALB   SEARCH FEES 522 LEXIS-NEXIS PERIOD: 01/01 -     67.00
                                                 01/31/02 - CLIENT ID: 11402 / G. TRASATTI
                                                 *TYPE TOTAL*   SEARCH FEES                     67.00

4075417    03/15/02 196046   054   BAAB    ALB   WITNESS FEES 21811 EVAN HENDRICKS CASE NO. MJG 61.90
                                                 01-CV438 / D. RALPH
                                                 *TYPE TOTAL*   WITNESS FEES                    61.90

4070248    03/13/02 28554    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO JAN H.   9.30
                                                 ANIEL / ALB
4070257    03/13/02 28554    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO ERIC    12.18
                                                 SADOW / A. BOOKER
4070258    03/13/02 28554    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO JAN ANEIL 12.18
                                                 / A. BOOKER
4070263    03/13/02 28554    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO RODNEY  16.35
                                                 SWEETLAND / D. RALPH
4070277    03/13/02 28554    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO JAN H.  16.35
                                                 ANIEL / ALB
4070303    03/13/02 28554    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO JAN ANIEL 23.64
                                                 / A. BOOKER
4070659    03/14/02 28592    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO         25.50
                                                 CORRESPONDNECE DADE COUNTY COURTHOUSE / GMT
4070689    03/14/02 28592    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO JAN ANIEL 16.25
                                                 / ALB
4070690    03/14/02 28592    090   MP      ALB   FEDERAL EXPRESS 396 FEDERAL EXPRESS TO ERIC    16.25
                                                 SADOW / ALB
                                                 *TYPE TOTAL*   FEDERAL EXPRESS                148.00

4070963    03/18/02 28622    118   MP      ALB   TELECONFERENCING 14828 GENESYS CONFERENCING / A. 132.84
                                                 LIAS-BOOKER
                                                 *TYPE TOTAL*   TELECONFERENCING               132.84
```

EXHIBIT D