## **EXHIBIT E**

| Date | Purpose | Charge |
|---|---|---|
| 03/06/02 | Photocopying (Paper No. 59) | $31.60 |
| 04/11/02 | Photocopying (Paper No. 77) | $16.80 |
| 05/23/02 | Photocopying (Paper No. 94) | $20.00 |
| 05/28/02 | Photocopying (Paper No. 96) | $10.20 |
| 06/14/02 | Photocopying (Paper No. 116) | $23.60 |
| 06/24/02 | Photocopying (Paper No. 121) | $35.40 |
| 08/22/02 | Photocopying (Paper No. 153) | $22.00 |
| 08/23/02 | Photocopying (Paper No. 158) | $26.20 |
| 09/16/02 | Photocopying (Paper No. 177) | $72.00 |
| 09/23/02 | Photocopying (Paper No. 187) | $9.80 |
| 10/28/02 | Photocopying (Paper No. 204) | $17.60 |