UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al.       ) | |
|                                  ) | |
|         Plaintiffs,              ) | |
|                                  ) | |
| v.                               ) | Civil Action No. MJG-01-CV-438 |
|                                  ) | |
| BANK OF AMERICA CORPORATION, et al. ) | |
|                                  ) | |
|         Defendants.              ) | |

## PLAINTIFFS' OBJECTIONS TO BILL OF COSTS

Plaintiffs object to the $2850 dollars in video costs identified in defendants Bill of Costs. Defendants are seeking recovery *both* for transcripts and videos. In this Circuit video costs are not taxable in addition to transcripts without a heightened showing of necessity. Cherry v. Champion International Corp., 186 F.3d 442, 448-449 (4th Cir. 1999). Here there has been no such heightened showing.

Wherefore, plaintiffs respectfully request that the video costs be disallowed.

Respectfully submitted,

/s/
_____
Rodney R. Sweetland, III
2315 40th Place, N.W., #304
Washington, D.C. 20007
(202) 965-1273
Federal Bar No. 12707