IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al*. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, *et al*. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## INTERIM SEALING MOTION

Defendants, Bank of America Corporation ("BAC") and Banc of America Auto Finance Corp. ("BAAF") (collectively, "Defendants"), through their undersigned counsel, move this Court pursuant to Local Rules 104.13(c) and 105.11 to secure and seal Defendants' Memorandum in Support of Motion for Attorneys' Fees and the exhibits thereto. In support of this motion, Defendants state as follows:

1. On January 14, 2002, this Court entered an Amended Stipulated Order Regarding Confidentiality of Discovery Material ("Stipulated Order") protecting the confidential nature of documents produced in this action.

2. The Stipulated Order requires each party to file an Interim Sealing Motion when filing with the Court any "materials and papers, or any portion thereof, which discloses confidential information." Because Defendants' Memorandum in Support of Motion for Attorneys' Fees and the exhibits thereto contain confidential information, no alternative to sealing would provide sufficient protection.

WHEREFORE, Defendants respectfully request that this Court secure and seal Defendants' Memorandum in Support of Motion for Attorneys' Fees and the exhibits thereto, in order to protect the confidentiality of the documents produced in this litigation.

-2-

Respectfully submitted,

_____/s/_____
Ava Lias-Booker, Bar No. 05022
Jennifer B. Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8677
(410) 332-8112 (Facsimile)
Attorneys for Bank of America Corporation and Banc of America Auto Finance Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al*. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-CV-438 |
| BANK OF AMERICA CORPORATION, *et al*. | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of Defendants' Interim Sealing Motion, and pursuant to this Court's Amended Stipulated Order Regarding Confidentiality of Discovery Material protecting the confidential nature of documents produced by the parties in this action; IT IS THIS _____ day of _____, 2004,

**ORDERED** that the Defendants' Interim Sealing Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the Clerk of this Court shall take immediate steps to protect and seal Defendants' Memorandum in Support of Motion for Attorneys' Fees and the Exhibits thereto.

_____
Judge, United States District Court for
 the District of Maryland