# FILED SEPARATELY SHEET

Civil Docket No.  MJG-01-438

Criminal Docket No.

### *FILED SEPARATELY*

| | |
|---|---|
| ☐ | Answer |
| ☐ | Answer and attachment(s) |
| ☐ | Attachment(s) |
| ☐ | Exhibit(s) |
| ☐ | Motion: |
| ☒ | Sealed Memorandum and Exhibits |
| ☐ | Transcript of Proceedings before the Court on |
| ☐ | Transcript of Proceedings before SSA |
| ☐ | Deposition of taken on |
| ☐ | Other __ |

### *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO.**