IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Defendants' Memorandum in Support of Motion for Attorneys' Fees and the exhibits thereto will be filed with the Clerk's Office in paper format so that they may be placed under seal.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the documents identified above.

January 27, 2004

                                                            /s/
                                      Ava Lias-Booker, Bar No. 05022
                                      Jennifer Brune Speargas, Bar No. 26257
                                      Saul Ewing LLP
                                      100 South Charles Street
                                      Baltimore, Maryland 21201
                                      (410) 332-8600
                                      (410) 332-8862 (Fax)

                                      Attorneys for Defendants
                                      Bank of America Corporation and
                                      Banc of America Auto Finance Corp.

792770.1 1/27/04