IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2004, copies of the Defendants' Interim Sealing Motion and proposed Order and Defendants' Notice of Filing Documents Under Seal, which were electronically filed in this case, were mailed, first-class, postage prepaid to:

> John T. Murray, Esquire
> Sylvia M. Antalis, Esquire
> Murray & Murray
> 111 East Shoreline Drive, P.O. Box 19
> Sandusky, Ohio 44871-0019

> /s/
> ─────────────────────────────
> Ava Lias-Booker, Bar No. 05022
> Jennifer Brune Speargas, Bar No. 26257
> Saul Ewing LLP
> 100 South Charles Street
> Baltimore, Maryland 21201
> (410) 332-8600
> (410) 332-8862 (Fax)
>
> Attorneys for Defendants
> Bank of America Corporation and
> Banc of America Auto Finance Corp.