UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EARLE E. AUSHERMAN, *et al.*          *

      Plaintiffs,                         *

                                  *    Civil Action No. MJG 01-CV-438

BANK OF AMERICA CORPORATION,
*et al.*

      Defendants.

*     *     *     *     *     *     *        *     *     *

## ORDER

Upon consideration of Defendants' Interim Sealing Motion, and pursuant to this Court's Amended Stipulated Order Regarding Confidentiality of Discovery Material protecting the confidential nature of documents produced by the parties in this action; IT IS THIS ___28th___ day of __January____, 2004,

ORDERED that the Defendants' Interim Sealing Motion be and is hereby GRANTED.

IT IS FURTHER ORDERED, that the Clerk of this Court shall take immediate steps to protect and seal Defendants' Memorandum in Support of Motion for Attorneys' Fees and the Exhibits thereto.

                                                     **/s/**
                             Judge, United States District Court for
                             the District of Maryland
                             Marvin J. Garbis