IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

EARLE E. AUSHERMAN, *et al.*    )

      Plaintiffs,

                       )

v                                       Civil Action No. MJG 01-438

BANK OF AMERICA CORPORATION, *et al.*  )

      Defendants

## ENTRY OF APPEARANCE

Please enter the appearance of Pamela A. Bresnahan and Peter F. Axelrad as co-counsel for Rodney R. Sweetland, III. Counsel's addresses are:

| | |
|---|---|
| Pamela A. Bresnahan | Peter F. Axelrad |
| Vorys, Sater, Seymour and Pease LLP | Council, Baradel, Kosmerl & Nolan, P.A. |
| 1828 L Street, N.W. | 125 West Street |
| 11th Floor | Fourth Floor |
| Washington, D.C. 20036 | P.O. Box 2289 |
| | Annapolis, Maryland 21404 |

Respectfully submitted,

_____

*[signature]*

Peter F. Axelrad (Fed. Bar No. 00656)
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street
Fourth Floor
P.O. Box 2289
Annapolis, Maryland 21404
(410) 268-6600 – Annapolis
(410) 269-6190 – Baltimore
(301) 261-2247 – Washington
(410) 269-8409 (facsimile)

Co-Counsel for Rodney R. Sweetland, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3 day of February, 2004 a copy of this Entry of Appearance was mailed, first-class and postage prepaid to:

Ava Lias-Booker
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201

John T. Murray
Murray and Murray Co. LPA
111 E. Shoreline Drive
Sandusky, OH 44870

_/s/ Pamela A. Bresnahan_
Pamela A. Bresnahan

2/2/2004 - 786914