IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. MJG 01-438 |
| | ) | |
| BANK OF AMERICA CORPORATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having read and considered Respondent Rodney R. Sweetland, III's Motion to Seal, and the record herein, it is hereby this ___ day of _____, 2004,

**ORDERED** that Respondent's Motion be, and the same is hereby, **GRANTED**; and it is further

**ORDERED** that this matter with regard to the Defendants' Motion for Attorneys' Fees is **SEALED** including any pleadings, motions, correspondence and orders filed therein.

_____
MARVIN J. GARBIS, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND