IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EARLE E. AUSHERMAN, *et al.*  )
)
       Plaintiffs,  )
)
v.  ) Civil Action No. MJG 01-438
)
BANK OF AMERICA CORPORATION, *et al.* )
)
       Defendants.  )

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Motion for An Extension of Time will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

February 9, 2004
*Date*

Peter F. Axelrad     00656
*Printed Name*     *Bar Number*
Counsel, Baradel, Kosmerl & Nolan, P.A.
125 West Street, Fourth Floor
*Address*
Annapolis, Maryland 21404
*City/State/Zip*
(410) 268-6600     (410) 269-8409
*Phone No.*     *Fax No.*