IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Defendants' Opposition to Plaintiffs' Counsel's Motion for an Extension of Time will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the document identified above.


February 12, 2004                                       /s/
                                                Ava Lias-Booker, Bar No. 05022
                                                Jennifer Brune Speargas, Bar No. 26257
                                                Saul Ewing LLP
                                                100 South Charles Street
                                                Baltimore, Maryland 21201
                                                (410) 332-8600
                                                (410) 332-8862 (Fax)

                                                Attorneys for Defendants
                                                Bank of America Corporation and
                                                Banc of America Auto Finance Corp.