IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | |
|---|---|
| EARLE E. AUSHERMAN, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. MJG 01-438 |
| | ) |
| BANK OF AMERICA CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Motion and Memorandum of Points and Authorities in Support of Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motion for Attorneys' Fees will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

February 13, 2004
*Date*

Rodney R. Sweetland, III          12707
*Printed Name*          *Bar Number*
1200 Seventeenth Street, N.W.
*Address*
Washington, D.C.  20036
*City/State/Zip*
(202) 467-6300          (202) 466-2006
*Phone No.*          *Fax No.*