IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Defendants' Opposition to Plaintiffs' Motion for an Extension of Time will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the document identified above.

February 16, 2004

                                                  /s/
Ava Lias-Booker, Bar No. 05022
Jennifer Brune Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8600
(410) 332-8862 (Fax)

Attorneys for Defendants
Bank of America Corporation and
Banc of America Auto Finance Corp.

795260.1 2/16/04