IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, et al.          *

        Plaintiffs          *

        vs.          * CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,          *
et al.
        Defendants          *

*      *      *      *      *      *      *      *      *

ORDER

    It appears that the Court's action granting two motions seeking sealing of documents may not have been docketed.

    Accordingly:

1.    The Motion by Plaintiffs Earle E. Ausherman, et al. to Seal [Paper 195] is GRANTED NUNC PRO TUNC TO THE DATE OF FILING.

2.    The Motion by Bank of America, Banc of America Auto to Seal is GRANTED NUNC PRO TUNC TO THE DATE OF FILING.

    SO ORDERED, on Wednesday, March 10, 2004.


                    / s /
                  Marvin J. Garbis
          United States District Judge