IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. MJG 01-438 |
| | ) | |
| BANK OF AMERICA CORPORATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Exhibits 1, 2, 3, 5, 6 and 7 to Plaintiffs' Opposition to Defendants' Motion for

Attorney's Fees will be filed with the Clerk's Office in paper format so that they may be

placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper

copies of the documents identified above.

March 22, 2004
*Date*

Rodney R. Sweetland, III          12707
*Printed Name*                    *Bar Number*
1200 Seventeenth Street, N.W.
*Address*
Washington, D.C. 20036
*City/State/Zip*
(202) 467-6300          (202) 466-2006
*Phone No.*              *Fax No.*