**RODNEY R. SWEETLAND, III**
*Attorney at Law*
1655 North Fort Myer Drive
Suite 700
Arlington, Virginia 22209
(703) 351-5288
(703) 351-5284 (Fax)

Practice Limited To Federal Forums And The District of Columbia

April 30, 2002

Ava Lias-Booker, Esq.
Saul Ewing
100 South Charles Street
Baltimore, Maryland 21201

RE: *Ausherman, et al. v. Bank of America, et al.*

**VIA FACSIMILE ONLY**

Dear Ms. Lias-Booker:

    This letter is sent under the aegis of Fed. R. Evid. 408 and without prejudice or effect for any other purpose.

    The settlement parameters offered in my letter of April 24 are hereby withdrawn.

Sincerely,

Rodney R. Sweetland, III

**EXHIBIT 4**