

Paul W. Grimm is a full-time Magistrate Judge for the U.S. District Court for the District of Maryland and is an adjun member of the University of Maryland School of Law, where he teaches trial evidence, pretrial civil procedure, and evidence. He is a frequent lecturer at CLE programs on issues regarding evidence and civil procedure, and has pul books and numerous articles on these topics.

Judge Grimm was previously in private practice in Baltimore for 13 years, handling commercial litigation. He also se Assistant Attorney General for the State of Maryland, as Assistant State's Attorney for Baltimore County, Maryland; Captain in the U.S. Army Judge Advocate General's Corps. In 2001, Judge Grimm retired as a Lieutenant Colonel Army Reserve.

Judge Grimm earned his undergraduate degree at the University of California, Davis, in 1973. He graduated from th New Mexico School of Law in 1976.



### Debra Katz
Bernabei & Katz, PLLC

Debra S. Katz is a partner at Bernabei & Katz, PLLC, a Washington, D.C.-based civil rights law firm that specializes discrimination, employee rights, sexual harassment, whistleblower and civil rights litigation. She writes and speaks employment law issues, and is a regular panelist on employment law programs of the American Law Institute-Amer Association.

From 1984 to 1985, Ms. Katz clerked for Justice William Bablitch of the Wisconsin Supreme Court. She held a Won Public Policy Fellowship through Georgetown University Law Center from 1985 to 1986. Ms. Katz graduated summm from Union College in 1980 and earned her J.D. with honors from the University of Wisconsin in 1984.

## Outline + Synopsis

### Outline

**Employment Litigation Ethics: Evidence and Settlement Issues**
I. Ethics of Settlement Negotiations
   A. Statements Made in Settlement Talks
      1. Model Rule 4.1
      2. *Ausherman v. Bank of America Corp.*
      3. Statements About Damages
      4. Room for Negotiation
      5. Judge's Role in Settlement
      6. Blatant Lies Versus Puffery
      7. Weak Lawyers Pay
      8. Rule 408
      9. Confidentiality of Settlement Talks
      10. Mediator or Judge?
      11. Handling Poor Lawyering
   B. Confidentiality Agreements
      1. Multiple Representations
      2. Agreements Losing Favor
      3. Employer Statements
      4. Multiple Clients Hypothetical
      5. Hypothetical Question
   C. Retaining Opposing Attorney
II. Spoliation of Evidence
   A. *Park v. City of Chicago*
   B. Federal Regulations
   C. Best Evidence Rule
   D. Adverse Inference Rule
   E. Fabricated or Destroyed Evidence
AfterWords℠

### Synopsis

Zealous representation in employment cases can quickl challenges and temptations for both plaintiff's and defer This course addresses attorney ethics in the context of litigation. A group of experienced employment lawyers a judges discuss a number of ethical issues, including ac improper statements and tactics in settlement negotiatic multiple clients against the same defendant, and the rul regulations regarding spoliation of evidence.

### Partner Information



Established in 1939 and a subsidiary of The Bureau of National Affairs, Inc. (www.bna 1984, Pike & Fischer publishes authoritative legal and business reference services, co seminars, software, newsletters, special reports and directories.

Pike & Fischer products include legal reference services in Internet law, communicatio administrative law, criminal law and shipping regulation as well as a variety of software reference services that serve various portions of the telecommunications industry.



EXHIBIT 9

A complete description of Pike & Fischer conferences, publications and other services at www.pf.com.

**Course Price Details**

> **Employment Litigation Ethics: Evidence and Settlement Issues**

**Credit Type**

**Any**

Volume discounts and subscriptions are available; for more information, contact Cognistar Sales.

terms and conditions of use | privacy statement | © 1999-2004 Cognistar Corporation