```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

EARLE E. AUSHERMAN, et al.     *

       Plaintiffs      *

       vs.             * CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,   *
et al.
       Defendants      *

*     *     *     *     *     *     *     *     *

### ORDER CLEARING RECORD RE PENDING MOOT MOTION

It appears that an Interim Motion to Seal [Paper 213) has not formally been ruled upon. Accordingly, so that the record may be cleared:

1. The Interim Motion to Seal [Paper 213) is **GRANTED**.

2. This action is <u>nunc pro tunc</u> to the date of filing of said motion.

SO ORDERED, on <u>Monday, March 22, 2004</u>.

                                                            / s /
                                     Marvin J. Garbis
                            United States District Judge