IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Defendants' Reply Memorandum in Support of Motion for Attorneys' Fees and Exhibits 1-4 thereto, will be filed with the Clerk's Office in paper format so that they may be placed under seal.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the documents identified above.

April 5, 2004

/s/
Ava Lias-Booker, Bar No. 05022
Jennifer Brune Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8600
(410) 332-8862 (Fax)

Attorneys for Defendants
Bank of America Corporation and
Banc of America Auto Finance Corp.

801155.1 4/5/04