```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

EARLE E. AUSHERMAN, et al.          *

       Plaintiffs          *

    vs.                            * CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,        *
et al.
       Defendants          *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER</u>

In accordance with the proceedings held in this matter on this date:

1. Plaintiffs promptly[1] shall obtain a transcript of the disciplinary hearing and submit a copy to the Court for <u>in camera</u> review.

2. The Court will determine the extent, if any, to which:

   a. Plaintiffs may offer portions of the transcript or testimony of witnesses who testified therein in regard to the pending Defendants' Motion for Attorneys' Fees [Paper 217].

   b. Defendants shall be provided access to the said transcript and/or additional discovery.

   c. Further Orders are necessary in regard to the matter.

3. A hearing on the pending Defendants' Motion for Attorneys' Fees [Paper 217] shall be scheduled

---

[1] Plaintiffs must place the order with the reporter promptly, but need not order expedited service that would increase the cost of the transcript.

      by further Order to be issued after review of
the aforesaid transcript.


**SO ORDERED**, on <u>Monday, May 3, 2004</u>.


                                                __/ s /__
                                      Marvin J. Garbis
                          United States District Judge