IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA CORPORATION *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

TO THE CLERK:

Please strike the appearance of Jennifer B. Speargas, Esquire as counsel for Defendants. Ava E. Lias-Booker, Esquire, of Saul Ewing LLP will continue as counsel for the Defendants.

Respectfully submitted,

_____/s/_____
Ava E. Lias-Booker, Bar No. 05022
Jennifer Brune Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8600
(410) 332-8862 (Fax)
Attorneys for Defendants
Bank of America Corporation and
Banc of America Auto Finance Corp.