# MURRAY & MURRAY®

A LEGAL PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
111 EAST SHORELINE DRIVE
P.O. BOX 19
SANDUSKY, OHIO 44871-0019

ATTORNEYS ADMITTED TO PRACTICE IN FEDERAL COURTS AND
IN THE COURTS OF OHIO, MICHIGAN, DISTRICT OF COLUMBIA,
COLORADO, FLORIDA AND NEW YORK

DENNIS E. MURRAY, SR.*
THOMAS J. MURRAY+
W. PATRICK MURRAY
JAMES T. MURRAY+
MICHAEL T. MURRAY+
JOHN T. MURRAY
DENNIS E. MURRAY
CHARLES M. MURRAY*
MARGARET M. MURRAY
JAMES L. MURRAY
WILLIAM H. BARTLE
STEVEN C. BECHTEL
SYLVIA A. GOLDSMITH
MOLLY S. O'NEILL
BARBARA QUINN SMITH
DONNA JEAN A. EVANS
MARY M. MORIARTY
JAMES S. TIMMERBERG

EMMETT MURRAY (1903-1980)
THOMAS MURRAY (1907-1974)

*ATTORNEY AND CERTIFIED PUBLIC ACCOUNTANT
+BOARD CERTIFICATION CIVIL TRIAL ADVOCATE

(419) 624-3000
FAX (419) 624-0707
www.murrayandmurray.com
e-mail: firm@murrayandmurray.com

sylvia@murrayandmurray.com

June 18, 2004

Honorable Marvin J. Garbis
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: **Earle E. Ausherman, et al. v. Bank of America Corporation, et al.**
    **Civil Action Number MJG 01-00438**

Dear Judge Garbis:

We write in response to a call from the Court on Wednesday, June 16, 2004.

Our firm was originally approached by plaintiffs' counsel, Rodney R. Sweetland, III, about participating in the above-referenced case in an effort to seek class action treatment of the matter. To that end, a motion for leave to add class action allegations was filed in or around June 2002. As the Court is aware, that motion was denied. Therefore, any role we were to have as counsel in this matter ended. It was our understanding that Mr. Sweetland was to and did advise the Court that we no longer were involved in this case.

On Wednesday we received a call from your Court inquiring about a transcript in the matter. Through this conversation we learned that Mr. Sweetland never formally withdrew us from the case. The Court suggested we send this letter to formally document our withdrawal.

If you need any further information from us regarding this matter, please do not hesitate to contact us. Otherwise, we trust that our involvement in this matter has officially ended and all future matters will be handled by Mr. Sweetland.

**MURRAY & MURRAY®**

Honorable Marvin J. Garbis
June 18, 2004
Page Two

                        Sincerely,

                        Murray & Murray Co., L.P.A.

                        By: *Sylvia A. Goldsmith*
                             Sylvia A. Goldsmith, Esq.

SAG:cwd

cc:    Rodney R. Sweetland, III, Esq.
        Pamela A. Bresnahan, Esq.
        Peter F. Axelrad, Esq.
        Ava Lias-Booker, Esq.


SO ORDERED, on Tuesday, June 29, 2004.

                _____/s/_____
                Marvin J. Garbis
            United States District Judge