IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EARLE AUSHERMAN, et al.** | * | |
| vs. | * | Case No. MJG-01-438 |
| **BANK OF AMERICA, et al.** | * | |

\*\*\*\*\*\*\*

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[X]   Exhibit 1, which is an attachment to Supplemental Memorandum of Points and Authorities in Opposition to Defendants' Motion for Attorneys' Fees, will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]   _____
(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

July 12, 2004
*Date*

*Signature*

Peter F. Axelrad          00656
*Printed Name*            *Bar Number*

125 West Street, Fourth Floor
*Address*

Annapolis, Maryland  21404
*City/State/Zip*

(410) 268-6600            (410) 269-8409
*Phone No.*               *Fax No.*