# EXHIBIT 4



**SAUL EWING**
ATTORNEYS AT LAW

AVA E. LIAS-BOOKER
Phone: (410) 332-8677
Fax: (410) 332-8112
alias-booker@saul.com
www.saul.com

June 11, 2003

**VIA FACSIMILE AND**
**FIRST-CLASS MAIL**

Rodney R. Sweetland, III, Esquire
1655 North Ft. Myer Drive
Suite 700
Arlington, Virginia 22209

Re: *Earle E. Ausherman, et al. v. Bank of America, et al.*
Case No. MJG 01-CV438

Dear Rodney:

It is my understanding that Tom Ball has been unsuccessful in trying to contact you regarding the above-referenced matter. We asked Mr. Ball to follow up with you regarding the possibility of settling with certain individual Plaintiffs. We understand that you had mentioned this to Mr. Ball during the mediation conference. If your clients are interested in pursuing individual settlements, please contact Thomas Ball or me.

Very truly yours,

Ava E. Lias-Booker

4491/slg

cc: Thomas F. Ball, III, Esquire
Jan H. Aniel, Esquire
Jennifer B. Speargas, Esquire

100 South Charles Street • Baltimore, MD 21201 2773 • Phone: (410) 332-8600 • Fax: (410) 332-8862

766975 1 6/11/03   BALTIMORE   CHESTERBROOK   HARRISBURG   NEW YORK   PHILADELPHIA   PRINCETON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP