IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-438 |
| BANK OF AMERICA, N.A., *et al.* | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF CHANGE OF ADDRESS**

Please amend the court records to reflect the address of Ava Lias-Booker, counsel for Bank of America, N.A. and Banc of America Auto Finance Group as follows:

Ava Lias-Booker
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, Maryland 21202
(410) 659-4430 (Office)
(410) 659-4558 (Direct Fax)

                                                                         //s//
                                                         Ava Lias-Booker
                                                         Bar No. 05022

                                                         McGuireWoods LLP
                                                         7 Saint Paul Street
                                                         Suite 1000
                                                         Baltimore, Maryland 21202
                                                         (410) 659-4430
                                                         (410) 659-4558 (Fax)

                                                         Attorneys for Bank of America, N.A.
                                                         and Banc of America Auto Finance Group