UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. MJG-01-438 |
| ) | |
| BANK OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**RODNEY R. SWEETLAND, III, ESQUIRE'S WITNESS LIST**

Rodney R. Sweetland, III, Esquire, by his undersigned counsel, hereby discloses that he may call the following witnesses at the hearing to be held in this matter on December 8, 2004:

1.  Rodney R. Sweetland, III, Esquire (estimated duration of direct examination - 90 minutes);

2.  Michael Moore (estimated duration of direct examination - 40 minutes); and,

3.  Any witnesses identified by the Defendants.

Mr. Sweetland respectfully reserves the right to supplement his list of witnesses to the extent permitted by the Local Rules or the directives of this Court. Mr. Sweetland further reserves the right to call as rebuttal witnesses any persons who may have testimony relevant to documentary or testimonial matters placed at issue during this case.

Dated: November 17, 2004

        Respectfully Submitted,

*Peter F. Axelrad*
Peter F. Axelrad (Fed. Bar No. 00656)
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street
Fourth Floor
P.O. Box 2289
Annapolis, Maryland 21404
(410) 268-6600 – Annapolis
(410) 269-6190 – Baltimore
(301) 261-2247 – Washington
(410) 269-8409 (facsimile)

*Pamela A. Bresnahan*
Pamela A. Bresnahan (Fed. Bar No. 00578)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036-5109
(202) 467-8800
(202) 467-8900 (facsimile)

Counsel for Rodney R. Sweetland, III, Esquire

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I hereby certify that on this 17th day of November, 2004, true copies of the foregoing pleading, Rodney R. Sweetland, III, Esquire's Witness Disclosure was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system and U.S. mail, and parties may access this filing through the Court's system:

Ava Lias-Booker, Esquire
McGuire Woods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202


*Peter F. Axelrad*
Peter F. Axelrad