McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202-1671
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Ava E. Lias-Booker
Direct: 410.659.4430

alias-booker@mcguirewoods.com
Direct Fax: 410.659.4558

# McGUIREWOODS

November 17, 2004

The Honorable Marvin J. Garbis
United States District Court Judge
United States District Court for the
District of Maryland
101 West Lombard Street
Room 530
Baltimore, Maryland  21201

Re:   *Earle E. Ausherman, et al. v. Bank of America, N.A., et al.*
      Case No. MJG 01-CV-438

Dear Judge Garbis:

This letter is written in response to the Court's October 29, 2004 Order in the above referenced matter. The Order requires that Defendants provide opposing counsel with back up fee information by today November 17, 2004 and with a witness list for the hearing.

With respect to the back up fee information, please note that by letter dated November 11, 2004, Paula Bresnahan requested that Defendants provide back up fee information on or before November 19, 2004. Today, I was contacted by Ms. Bresnahan's associate, and I requested that Defendants have until Monday, November 22, 2004 to produce the requested documents. Ms. Bresnahan's associate could not reach her or Peter Axelrad and therefore could not consent to the extension. I do not anticipate that either Ms. Bresnahan or Mr. Axelrad will object to the request. We will contact the Court if any issues develop.

With respect to witnesses, Defendants understand that Plaintiffs intend to call Michael Moore and Rodney Sweetland as witnesses at the hearing. Defendants intend to designate certain portions of the deposition testimony of Mr. Rodney Sweetland, and plaintiffs taken in this matter. We will submit an exhibit that identifies the deposition testimony on which we will rely on the date for the submission of hearing exhibits (we

The Honorable Marvin J. Garbis
November 17, 2004
Page 2

understand that the date set forth in the Order is incorrect and that the date for submission of hearing exhibits should be November 29). We do not anticipate the need to present any live testimony at this time.

Respectfully,

_____//s//_____
Ava Lias-Booker

ALB/slg

cc:   All Counsel of Record