UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. MJG-01-438 |
| ) | |
| BANK OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RODNEY R. SWEETLAND, III, ESQUIRE'S AND PLAINTIFFS' EXHIBIT LIST

Rodney R. Sweetland, III, Esquire, by his undersigned counsel, Pamela A. Bresnahan and Peter F. Axelrad, and Plaintiffs, by their counsel Rodney R. Sweetland, III, hereby identify the following exhibits that may be used in their case-in-chief at the hearing to be held in this matter on December 8, 2004:

1. Docket, *Ausherman v. Bank of America*, United States District Court for the District of Maryland.

2. Affidavit of Michael Moore.

3. Transcript of the testimony of Michael Moore taken *In the Matter of Rodney R. Sweetland, III*, Miscellaneous Case No. 02-MC-0289, dated April 2, 2004.

4. April 24, 2002 correspondence from R. Sweetland to A. Lias-Booker.

5. April 30, 2002 correspondence from R. Sweetland to A. Lias-Booker.

6. Check number 0301010056 in the amount of $8,459.10 payable to Saul Ewing.

7. Plaintiffs' Motion for Partial Summary Judgment Against Defendant Banc of America Auto Finance and memorandum in support thereof.

8. Plaintiffs' Motion and Memorandum of Points and Authorities to Recuse Magistrate Judge.

9. Plaintiffs' Objections to Magistrate Judge's Memorandum and Order of August 22, 2002.

10. Plaintiffs' Opposition to Defendants' Cross Motion to Dismiss and Reply to Defendant Banc of America Auto's Opposition to Plaintiffs' Motion for Summary Judgment.

11. Petition for Writ of Mandamus.

12. February 15, 2001, 12:39 p.m., electronic mail message from R. Sweetland to D. McGlone.

13. February 15, 2001, 2:18 p.m., electronic mail message from R. Sweetland to D. McGlone.

14. All documents identified by Defendants in their exhibit list.

Mr. Sweetland and Plaintiffs respectfully reserve the right to supplement their exhibit list to the extent permitted by the Local Rules or the directives of this Court.

Dated:   November 24, 2004

                Respectfully Submitted,

                */s/ Pamela A. Bresnahan*
                Pamela A. Bresnahan (Fed. Bar No. 00578)
                Vorys, Sater, Seymour and Pease LLP
                1828 L Street, N.W.
                Suite 1111
                Washington, D.C.  20036-5109
                (202) 467-8800
                (202) 467-8900 (facsimile)

                */s/ Peter F. Axelrad by pab*
                Peter F. Axelrad (Fed. Bar No. 00656)
                Council, Baradel, Kosmerl & Nolan, P.A.
                125 West Street
                Fourth Floor
                P.O. Box 2289
                Annapolis, Maryland 21404
                (410) 268-6600 – Annapolis
                (410) 269-6190 – Baltimore
                (301) 261-2247 – Washington
                (410) 269-8409 (facsimile)

                Counsel for Rodney R. Sweetland, III, Esquire


                */s/ Rodney R. Sweetland, III by pab*
                Rodney R. Sweetland, III (Fed. Bar No. 12707)
                1200 Seventeenth Street, N.W.
                Washington, DC 20036
                (202) 467-6300

                Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I hereby certify that on this 24th day of November, 2004, true copies of the foregoing pleading, Rodney R. Sweetland, III, Esquire's and Plaintiffs' Witness List was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system and U.S. mail, and parties may access this filing through the Court's system:

Ava Lias-Booker, Esquire
McGuire Woods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202

Pamela A. Bresnahan