```
       IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
```

EARLE E. AUSHERMAN, et al.     *

      Plaintiffs            *

      vs.                   *   CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,   *
et al.
      Defendants            *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendants' Motion for Attorneys' Fees [Paper 217].

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants against Plaintiffs' counsel, Ronald R. Sweetland, III, Esquire ("Sweetland"), in the amount of $50,000 with judgment interest subject to the following conditions:

    a. Defendants may not effect collection of this award if, commencing March 2005, and each month thereafter for 60 months, Sweetland pays Defendants $500 each month for a total of $30,000.[1]

    b. If Sweetland is late with a single monthly payment, Sweetland remains liable for the full $50,000 award and Defendants may effect collection by all available legal means.

---

[1] In the event Sweetland appeals from this judgment, the monthly payments may be deferred to commence the first month after resolution of the appeal but the amount of the monthly payments shall be increased by the addition of judgment interest from the date of this Judgment to the date that payments commence.

2.  This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Thursday, February 17, 2005</u>.


                              <u>        / s /          </u>
                                    Marvin J. Garbis
                              United States District Judge