UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| EARLE E. AUSHERMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. MJG-01-438 |
| ) | |
| BANK OF AMERICA CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Rodney R. Sweetland, III, counsel in the above-captioned case, hereby appeals on his own behalf to the United States Court of Appeals for the Fourth Circuit from an order imposing sanctions against him entered in this action on February 17, 2005.

Respectfully submitted,

/s/ Rodney R. Sweetland, III

Rodney R. Sweetland, III
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, D.C. 20036
(202) 467-6300
rsweetland@mindspring.com
Federal Bar No. 12707

1

## CERTIFICATE OF SERVICE

Pursuant Fed. R. Civ. P. 5(b)(2)(D) and the Local Rules, I hereby certify that on this 18th day of March, 2005, true copies of the foregoing pleading, the Notice of Appeal, was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by the Court's ECF system and U.S. mail, and parties may access this filing electronically through the Court's system:

Ava Lias-Booker
McGuire Woods, LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202

_____
Rodney R. Sweetland, III