**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

EARLE E. AUSHERMAN, *et al.*,            *

      Plaintiffs-Appellants,            *

v.                                                                *

BANK OF AMERICA CORPORATION,    *            Civil Action No. MJG 01-438
*et al.*,
                                                                     *

      Defendants-Appellees.            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**O R D E R**

Upon consideration of the Motion to Supplement the Record and pursuant to Federal Rule of Appellate Procedure 10(e) and Local Rule 10(e) of the United States Court of Appeals for the Fourth Circuit, the Court orders and directs that the Clerk of the United States District Court for the District of Maryland supplement the record with the addition of exhibits from the hearing held on December 8, 2005, and the following items of correspondence between counsel for the parties and the Court from January 27, 2004 through December 8, 2005:

      Letter from Peter F. Axelrad to Judge Garbis dated 4/13/04

      Letter from Ava Lias-Booker to Judge Garbis dated 4/20/04

      Letter from Peter F. Axelrad to Judge Garbis dated 4/22/04

      Letter from Peter F. Axelrad to Judge Garbis dated 5/5/04

      Letter from Peter F. Axelrad to Judge Garbis dated 7/12/04

      Letter from Ava Lias-Booker to Judge Garbis dated 7/27/04

      Letter from Pamela A. Bresnahan to Judge Garbis dated 11/11/04

Letter from Ava Lias-Booker to Judge Garbis dated 11/23/04

Letter from Ava Lias-Booker to Judge Garbis dated 11/24/04; and

It is further ordered and directed that Clerk certify and forward these additional parts of the record to the United States Court of Appeals for the Fourth Circuit upon request.

BY THE COURT:

_____

The Honorable Marvin J. Garbis
United States District Court
For the District of Maryland

cc:

Ava E. Lias-Booker
Todd Gustin
MCGUIREWOODS LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202

*Attorneys for Defendants-Appellees*

Rodney R. Sweetland, III, Esquire,
Adduci, Mastriani, and Schaumberg LLP
1200 Seventeenth Street, NW, Fifth Floor
Washington, DC 20036

*Attorney for Plaintiffs-Appellants*