IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.*, | * | |
| Plaintiffs-Appellants, | * | |
| v. | * | |
| BANK OF AMERICA CORPORATION, *et al.*, | * | Civil Action No. MJG 01-438 |
| | * | |
| Defendants-Appellees. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING LENGTHY EXHIBITS

Exhibit A is an attachment to the Motion to Supplement the Record that exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that paper copies of this attachment will be filed and served on Monday, September 12, 2005 as this Motion was filed on Friday, September 9, 2005 and it is not possible to file this Notice with the Clerk of Court within 24 hours of the filing.

Respectfully submitted,

//s//
_____
Ava E. Lias-Booker (Bar No. 05022)
Todd Gustin (Bar No. 27560)
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4430
(410) 659-4558 (Fax)

*Attorneys for Defendants*

*Bank of America Corporation and*
*Banc of America Auto Finance Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2005, a copy of this Notice will be filed on Monday, September 12, 2005 and served via first class mail to: Pamela A. Bresnahan, Esquire, Vorys, Sater, Seymour, and Pease LLP, 1828 L Street, NW, Suite 1111, Washington, DC 20036, Peter F. Axelrad, Esquire, Council, Baradel, Kosmerl, and Nolan PA, 125 West St, Fourth Floor, Annapolis, Maryland, 21404-2289, and Rodney R. Sweetland, III, Esquire, Adduci, Mastriani, and Schaumberg LLP, 1200 Seventeenth Street, NW, Fifth Floor, Washington, DC 20036.

//s//
_____
Todd Gustin

\\COM\538092.1