**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.*, | * | |
| Plaintiffs-Appellants, | * | |
| v. | * | |
| BANK OF AMERICA CORPORATION, *et al.*, | * | Civil Action No. MJG 01-438 |
| | * | |
| Defendants-Appellees. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

Upon consideration of Defendants-Appellees' Interim Sealing Motion, and pursuant to this Court's September 10, 2002, Order protecting the confidentiality of personal information relating to any judicial officer in this action, IT IS THIS _____ day of _____, 2005,

ORDERED that the Defendants-Appellees' Interim Sealing Motion be and hereby is GRANTED; and it is further

ORDERED, that the Clerk of this Court shall take immediate steps to protect and seal Exhibit A to Defendants-Appellees' Motion to Supplement the Record.

_____
**THE HONORABLE MARVIN J. GARBIS**
**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**

cc:

Ava E. Lias-Booker, Esquire
Todd Gustin, Esquire
MCGUIREWOODS LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202

*Attorneys for Defendants-Appellees*

Rodney R. Sweetland, III, Esquire,
Adduci, Mastriani, and Schaumberg LLP
1200 Seventeenth Street, NW, Fifth Floor
Washington, DC 20036

*Attorney for Plaintiffs-Appellants*