FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 OCT -5  P 4: 51

CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EARLEE E. AUSHERMAN, et al.          *

        Plaintiffs-Appellants,          *

v.                                    *

BANK OF AMERICA CORPORATION,          Civil Action No. MJG 01-438
et al.,
                                     *
        Defendants-Appellees.
                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Defendants-Appellees' Interim Sealing Motion, and pursuant to this Court's September 10, 2002, Order protecting the confidentiality of personal information relating to any judicial officer in this action, IT IS THIS **3rd** day of **October**, 2005

ORDERED that the Defendants-Appellees' Interim Sealing Motion be and hereby is GRANTED; and it is further

ORDERED, that the Clerk of this Court shall take immediate steps to protect and seal Exhibit A to Defendants-Appellees' Motion to Supplement the Record.

                                /s/
                        THE HONORABLE MARVIN J. GARBIS
                        UNITED STATES DISTRICT COURT FOR
                        THE DISTRICT OF MARYLAND