IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARLE E. AUSHERMAN, et al.          *

    Plaintiffs          *

     vs.          *    CIVIL ACTION NO. MJG-01-438

BANK OF AMERICA CORPORATION,     *
et al.
    Defendants          *

*          *          *          *          *          *          *          *          *

MEMORANDUM AND ORDER

   The Court has before it Defendants' Motion to Supplement the
Record [Paper 265] and the materials submitted relating thereto.
The Court finds that a hearing is unnecessary.

   This Court had before it, and considered as appropriate, the
materials at issue when rendering its decision.  Any party should
have the ability to present the said materials to the United
States Court of Appeals for the Fourth Circuit for its
consideration.

   For the foregoing reasons:

     1. Defendants' Motion to Supplement the Record [Paper
       265] is GRANTED.

     2. The materials contained in Exhibit A to the said
       motion are accepted as part of the record in this
       case.

   SO ORDERED, on Tuesday, November 8, 2005.

          _____/ s /_____
           Marvin J. Garbis
         United States District Judge