IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| BANK OF AMERICA CORPORATION, *et al.*, | * | Civil Action No. MJG 01-438 |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF EXTENSION OF TIME

The parties hereby stipulate that Defendants, Bank of America Corporation and Banc of America Auto Finance Corp., shall have an extension of time to file their Opposition to Plaintiffs' Motion and Memorandum For Recalculation of Attorneys' Fees on Remand from July 2, 2007 until and including July 9, 2007.

Respectively submitted,

| | |
|---|---|
| /s/ | /s/ |
| Ava E. Lias-Booker (Bar No. 05022) | Rodney R. Sweetland, III (Bar No. 12707) |
| Michelle N. Lipkowitz (Bar No. 27188) | Adduci, Mastriani & Schaumberg, LLP |
| McGuireWoods LLP | 1200 17th Street, N.W., Fifth Floor |
| 7 St. Paul Street, Suite 1000 | Washington, D.C. 20036 |
| Baltimore, Maryland 21202 | (202) 467-6300 |
| (410) 659-4430 | (202) 466-2006 (Facsimile) |
| (410) 659-4558 (Facsimile) | **(SIGNED WITH PERMISSION)** |
| *Attorneys for Defendants Bank of America Corporation and Banc of America Auto Finance Corp.* | *Attorneys for Plaintiffs Earle E. Ausherman, et al.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2007, copies of this Stipulation of Extension of Time were delivered via electronic mail and first class mail, postage prepaid, upon the following counsel of record:

> Rodney R. Sweetland, III (Bar No. 12707)
> Adduci, Mastriani & Schaumberg, LLP
> 1200 17th Street, N.W., Fifth Floor
> Washington, D.C. 20036

                              /s/
                              Michelle N. Lipkowitz

\4640530.1