IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG-01-438 |
| BANK OF AMERICA CORP., et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to the Defendants Bank of America Corp. and Banc of America Auto Finance Corp.'s Opposition to Plaintiffs' Motion for Recalculation of Attorneys' Fees on Remand, exists only in paper format and if scanned will be larger than 1.5MB. Accordingly, the exhibit will be filed with the Clerk's Office in paper format. I certify that within 24 hours of this filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

/s/
Ava E. Lias-Booker (Fed. Bar No. 05022)
Michelle N. Lipkowitz (Fed. Bar No. 27188)
McGUIREWOODS LLP
Suite 1000, 7 Saint Paul Street
Baltimore, MD 21202-1626
Telephone: 410.659.4400
Facsimile: 410.659.4599

*Attorneys for Defendants Bank of America Corporation and Banc of America Auto Finance Corporation*