UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                           Reply to Northern Division Address

July 30, 2007

**Ava E Lias Booker**
McGuire Woods LLP
Seven Saint Paul St Ste 1000
Baltimore, MD 21202-1671

                            Re:    Case No. MJG-01-438

Dear Counsel/Party:

   Your Surreply was filed electronically on 7/27/07; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**
☐ Case caption and number do not match. Document should be refiled in case no.: _____.
☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery requests and responses should not be filed with the court.
☐ Notices of service of discovery requests and responses should not be filed with the court.
☐ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**
☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☒ Other.  Pursuant to Local Rule 105 (2a), Leave of Court is Required to File a Surreply._____
_____
_____

Very truly yours,

              /s/
_____
Holly M. Lee
for
Felicia C. Cannon, Clerk

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in Error Letter - Clerk's Version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov