IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| EARLE E. AUSHERMAN, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG-01-438 |
| BANK OF AMERICA CORP., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

NOW, THEREFORE, For the reasons stated in Defendants' Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Recalculation of Attorneys' Fees on Remand, and for good cause shown, Defendants' Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Recalculation of Attorneys' Fees on Remand is hereby GRANTED.

This the _____ day of August, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MARYLAND

\4679523.1