IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

EARL L. SHERMAN, et al.,              *

        Plaintiffs              *

v.                                    *   Civil Action No. MJG-01-438

BANK OF AMERICA CORP., et al.,        *

        Defendants.              *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

NOW, THEREFORE, For the reasons stated in Defendants' Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Recalculation of Attorneys' Fees on Remand, and for good cause shown, Defendants' Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Recalculation of Attorneys' Fees on Remand is hereby GRANTED.

This the __8th__ day of August, 2007.

                                  /s/
                        MARVIN J. GARBIS
          UNITED STATES DISTRICT COURT JUDGE
              FOR THE DISTRICT OF MARYLAND

\4679523.1